A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Dec 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Nov 17, 2009

FILED
CLERK'S OFFICE

IN RE: HELICOPTER CRASH NEAR WEAVERVILLE,
CALIFORNIA, ON AUGUST 5, 2008

Diane Ramage, et al. v. Sikorsky Aircraft Corp., et al., )
    E.D. California, C.A. No. 2:09-2901 )    MDL No. 2053

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 18, 2009, the Panel transferred three civil actions to the United States District Court for the District of Oregon for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1355 (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Michael W. Mosman.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Oregon and assigned to Judge Mosman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Oregon for the reasons stated in the order of June 18, 2009, and, with the consent of that court, assigned to the Honorable Michael W. Mosman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Oregon. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 03, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

December 3, 2009

Sheryl S. McConnell, Clerk
740 Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2802

Re: MDL No. 2053 -- IN RE: Helicopter Crash Near Weaverville, California, on August 5, 2008

(See Attached CTO-1)

Dear Ms. McConnell:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 17, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A Panel Service List is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *(signature)*
Tanisha Spinner
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Michael W. Mosman

JPML Form 36A

IN RE: HELICOPTER CRASH NEAR WEAVERVILLE,
CALIFORNIA, ON AUGUST 5, 2008                          MDL No. 2053

## PANEL SERVICE LIST (CTO-1)

Roger W. Clark
CLARK GOLDBERG & MADRUGA
11400 W. Olympic Boulevard
Suite 1150
Los Angeles, CA 90064

Robert B. Hopkins
LANDYE BENNETT & BLUMSTEIN LLP
1300 S.W. Fifth Avenue
Suite 3500
Portland, OR 97201

James W. Hunt
MENDES & MOUNT LLP
445 South Figueroa Street
38th Floor
Los Angeles, CA 90071

John Warriner Jefferson
DREYER BABICH BUCCOLA
 & CALLAHAM LLP
20 Bicentennial Circle
Sacramento, CA 95826

Arthur C. Johnson
JOHNSON CLIFTON LARSON
 & SCHALLER PC
975 Oak Street
Suite 1050
Eugene, OR 97401-3124

Richard J. Kenny
KENNY O'KEEFE & USSEGLIO PC
21 Oak Street
Suite 208
Hartford, CT 06106

Brian J. Malloy
BRANDI LAW FIRM
354 Pine Street
Third Floor
San Francisco, CA 94104

Stephen Lester Nelson
WILSON ELSER MOSKOWITZ EDELMAN
 & DICKER LLP
525 Market Street
17th Floor
San Francisco, CA 94105-2725

Don G. Rushing
MORRISON & FOERSTER LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130-2040

Michael L. Slack
SLACK & DAVIS LLP
2705 Bee Cave Rd.
Suite 220
Austin, TX 78746

Gerald C. Sterns
LAW OFFICES OF STERNS & WALKER
901 Clay Street
Oakland, CA 94607

Shaun S. Sullivan
WIGGIN & DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Jeffrey James Williams
LAW OFFICES OF JON A KODANI
2200 Michigan Avenue
Santa Monica, CA 90404-3906