ROGER W. CLARK, ESQUIRE (#108982)
Email: rclark@cgold.cc
ROBERT D. GOLDBERG, ESQUIRE (#137356)
Email: rgoldberg@cgold.cc
C. DUFFY BUCHANAN, ESQUIRE (#99156)
Email: cbuchanan@cgold.cc
**THE CLARK LAW GROUP**
11400 W. Olympic Boulevard, Suite 1150
Los Angeles, California 90064
Telephone: (310) 478-0077
Facsimile: (310) 478-0099

Attorneys for Defendant
**HOUSTON CASUALTY COMPANY**

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **In re: Helicopter Crash Near Weaverville, California 8/5/08** | Civil No.: 3:09-md-2053-MO<br>Associated Matter:<br>3:09-cv-00705-MO |
| **CARSON HELICOPTERS, INC.** | |
| And | **JOINT STIPULATION FOR DISMISSAL** |
| **CARSON HELICOPTER SERVICES, INC.** | **Fed. R. Civ. P. Rule 41(a)(1)** |
| Plaintiffs, | |
| vs. | |
| **HOUSTON CASUALTY COMPANY** | |
| Defendant. | |

Pursuant to the terms of the "Global Settlement Agreement and Release" made as of April 13, 2012, **IT IS HEREBY STIPULATED** by and between Carson Helicopters, Inc., Carson Helicopter Services, Inc. (collectively "Carson"); Columbia Helicopters, Inc. ("Columbia"); Certain Underwriters at Lloyd's of London ("Underwriters") and Houston Casualty Company ("Houston Casualty"), the parties to the above captioned action, bearing Case No.: 09-CV-0705-MO (the "Coverage Action") through their designated counsel of record that the entire Coverage Action, including each of the following operative pleadings be and are dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii):

(a)    Carson's Second Amended Complaint against Houston Casualty;

(b)    Columbia's Complaint-in-Intervention against Houston Casualty;

(c)    Houston Casualty's Second Amended Counterclaims against Carson and Columbia; and

(d)    Houston Casualty's Third Amended Party Complaint against Underwriters.

Each party shall bear its own costs and attorney fees with respect to this action.

DATED this 1⁵ᵗ day of June, 2012        **DICKSTEIN SHAPIRO, LLP**

Richard Leveridge, Esquire
Andrew Weiner, Esquire
Counsel for Carson Helicopters, Inc., and
Carson Helicopter Services, Inc.

DATED this ___ day of June, 2012

**MARKOWITZ, HERBOLD, GLADE & MEHLHAF PC**

Renee Rothauge, Esquire
Lawson Fite, Esquire
Counsel for Columbia Helicopters, Inc.

DATED this ___ day of June, 2012

**DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP**

Timothy Hughes, Esquire
Counsel for Columbia Helicopters, Inc.

DATED this ___ day of June, 2012

**THE CLARK LAW GROUP**

Roger W. Clark, Esquire
Robert D. Goldberg, Esquire
Counsel for Houston Casualty Company

DATED this _4_ day of June, 2012

**WALKER WILCOX MATOUSEK LLP**

Jill O'Donovan, Esquire
Counsel for Certain Underwriters At
Lloyd's of London

F:\WORK\08-1799\SETTLEMENT - COVERAGE ACTION\STIP FOR DISMISSAL - COVERAGE ACTION_001.DOC

**JOINT STIPULATION FOR DISMISSAL**

DATED this _____ day of June, 2012

**MARKOWITZ, HERBOLD, GLADE & MEHLHAF PC**

_____

Renee Rothauge, Esquire
Lawson Fite, Esquire
Counsel for Columbia Helicopters, Inc.

DATED this 5 day of June, 2012

**DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP**

_____

Timothy Hughes, Esquire
Counsel for Columbia Helicopters, Inc.

DATED this 5 day of June, 2012

**THE CLARK LAW GROUP**

_____

Roger W. Clark, Esquire
Robert D. Goldberg, Esquire
Counsel for Houston Casualty Company

DATED this 4 day of June, 2012

**WALKER WILCOX MATOUSEK LLP**

_____

Jill O'Donovan, Esquire
Counsel for Certain Underwriters At
Lloyd's of London

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to this Court's August 11, 2009 order, I hereby certify that on this <u>Monday, July 16, 2012</u>, I served the foregoing: **JOINT STIPULATION FOR DISMISSAL – COVERAGE ACTION;** on the same persons identified in the Certificate of Service for Docket No. 63, Declaration of Robert D. Goldberg in Support of Defendant Houston Casualty Company's Motion to Strike Portions of the First Amended Complaint:

_____ by mailing a true and correct copy thereof by U.S. Postal Service, ordinary first class mail, addressed to each attorney's last-known address and depositing in the U.S. mail at Los Angeles, California, on the date set forth above;

_____ by mailing a true and correct copy thereof by U.S. Postal Service, certified mail, return receipt requested, addressed to each attorney's last-known address and depositing in the U.S. mail at Los Angeles, California, on the date set forth above;

_____ by causing a true and correct copy therefore to be hand-delivered to the above-mentioned attorneys at each attorney's last-known office address on the date set forth above;

_____ by sending a true and correct copy thereof by overnight courier, addressed to each attorney's last-known office address on the date set forth above;

**XX** by CM/ECF.

_/s/ Robert D. Goldberg_____
ROBERT D. GOLDBERG, ESQUIRE

**Page | 1       CERTIFICATE OF SERVICE**